

One Grand Central Place
60 East 42nd Street, 48th Floor
New York, New York 10165

Tel   212.689.8808
Fax  212.689.5101
www.hnrklaw.com

jcurley@hnrklaw.com

April 11, 2024

**VIA ECF**

Hon. Paul A. Engelmayer, U.S.D.J.
Thurgood Marshall United States Courthouse
Courtroom 1305
40 Foley Square
New York, NY 10007

Re:   *Wieder and Friedman Enterprises Inc., et al. v. Explorefirst LLC and Whele LLC*, No. 25-cv-02089

Dear Judge Engelmayer:

We represent Respondents Explorefirst LLC and Whele LLC in the above-referenced action and write in response to Petitioners' April 11, 2025 letter (ECF No. 23) requesting an extension of time to submit a letter detailing citizenship of all parties from April 18 to April 23, 2025.

Respondents have no objection to this extension but respectfully request that the Court also order a stay or extension of the current April 16, 2025 deadline for Respondents to oppose the petition and motion to vacate and to cross-move for confirmation of the award until after the Court has ruled on the question of subject matter jurisdiction.

Petitioners have previously indicated their consent to such a request. *See* ECF No. 21 at 2 ("Petitioners have no objection to the Court granting Respondents' request to hold Respondents' time to oppose the Petition and cross-move for an order confirming the award in abeyance pending the Court's resolution of the jurisdictional issue.").

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ John P. Curley*

John P. Curley

GRANTED. Petitioners' letter detailing the citizenship of all parties is due April 23, 2025. Respondents' opposition is due April 30, 2025.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District ~~Judge~~

April 14, 2025
New York, New York