## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

WIEDER AND FRIEDMAN ENTERPRISES INC., INFINITE GENERATIONS INC., MOSHE FRIEDMAN, and YAKOV WIEDER,

                     Petitioners,                      25 **CIVIL** 2089 (PAE)

    -against-                         **JUDGMENT**

EXPLOREFIRST LLC and WHELE LLC,

                     Respondents.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 22, 2025, Petitioners' claims are DISMISSED without prejudice to petitioners' right to bring a new action with a proper basis for subject matter jurisdiction.

**Dated**: New York, New York
          May 23, 2025

                                                          **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                               **BY:**

                                                           **Deputy Clerk**